|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>INDIANAPOLIS DIVISION | **Acknowledged**<br>TWP<br>February 2, 2024 |

JULIANNE BRYAN,            )
                           )
    Plaintiff,         )
                           )
  v.                       ) Case No. 1:23-cv-00531-TWP-MKK
                           )
SECURITAS CRITICAL         )
INFRASTRUCTURE SERVICES, INC. )
and ELI LILLY AND COMPANY, )
                           )
    Defendants.       )

## JOINT STIPULATION OF DISMISSAL

Plaintiff Julianne Bryan and Defendants, Securitas Critical Infrastructure Services, Inc. and Eli Lilly and Company, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the above captioned cause be dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated: January 31, 2024

| | |
|---|---|
| Respectfully submitted,<br>JOHN H. HASKIN & ASSOCIATES | TAFT STETTINIUS & HOLLISTER LLP |
| By: *s/ Paul A. Logan*<br>John H. Haskin<br>Paul A. Logan<br>jhaskin@jhaskinlaw.com<br>plogan@jhaskinlaw.com | By: *s/Blake J. Burgan*<br>Blake J. Burgan<br>Kristine A. Gordon<br>bburgan@taftlaw.com<br>kgordon@taftlaw.com |
| *Attorneys for Plaintiff Julianne Bryan* | *Attorneys for Defendant,*<br>*Securitas Critical Infrastructure Services, Inc.* |

McGuireWoods LLP

By: *s/Peter A. Milianti*
Peter A. Milianti
Chen G. Ni
pmilianti@mcguirewoods.com
*Attorneys for Defendant Eli Lilly and Company*